UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PARRA,

    Petitioner,

    v.

ANTHONY HEDGPETH, Warden,

    Respondent.
_____/

No. C 12-3806 PJH

**ORDER TO SHOW CAUSE**

On July 20, 2012, petitioner Christopher Parra ("Parra"), a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Parra has previously filed a federal habeas petition before this court, which was denied by the Honorable Judge Ware on November 30, 2007. *See* C 04-2231 JW. It thus appears that this petition is second or successive. Before a second or successive petition may be filed in the district court, the petitioner must first obtain an order from the court of appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly, Parra is ordered to show cause within thirty days of the date this order why this petition should not be dismissed as second or successive. *See* 28 U.S.C. § 2244(b). Parra is advised that if his response is insufficient to avoid the requirement that he obtain permission from the Ninth Circuit Court of Appeals, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge