United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PARRA,

    Petitioner,

    v.

ANTHONY HEDGPETH, Warden,

    Respondent.
_____/

No. C 12-3806 PJH

**ORDER DISMISSING CASE**

On July 20, 2012, petitioner Christopher Parra ("Parra"), a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, as noted in the court's July 31, 2012 order to show cause, Parra has previously filed a federal habeas petition before this court, which was denied by the Honorable Judge Ware on November 30, 2007, and it therefore appears that this petition is second or successive. *See* C 04-2231 JW. On September 13, 2012, Parra responded to the OSC, and requests that the petition be dismissed without prejudice to refiling in the event he obtains the Ninth Circuit's permission.

Parra's request is GRANTED, and the petition is dismissed without prejudice to his refiling if he is able to obtain an order from the court of appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A).

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge