UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PARRA,

    Petitioner,

    v.

ANTHONY HEDGPATH, Warden,

    Respondent.
_____/

No. C 12-3806 PJH

**JUDGMENT**

    The court having entered a ruling today dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: September 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge